608  In re Mathematical Applications Group, Inc. (MAGI)
     Patent Litigation

| Date | No. | Description |
|---|---|---|
| 84/07/13 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, EXHIBITS AND CERT. OF SVC. -- Mathematical Applications Group, Inc.; SUGGESTED TRANSFEREE DISTRICT: S.D. New York; SUGGESTED TRANSFEREE JUDGE: Hon. Abraham D. Sofaer or Hon. Lee P. Gagliardi (emh) |
| 84/07/24 | | APPEARANCES -- MYRON GREENSPAN, ESQ. for Mathematical Applications Group, Inc.; ROBERT T. EDELL, ESQ. for Dicomed Corp., R. C. Communications, Inc. and ACCM Communication Industries, Inc. (ds) |
| 84/07/30 | 2 | RESPONSE -- Dicomed Corporation -- w/Exhibits A-L and cert. of service (cds) |
| 84/07/30 | 3 | LETTER (re termination of A-1) -- signed by Charles C. Winchester attorney for Autographix, Inc. (cds) |
| 84/08/06 | | HEARING ORDER -- setting motion to transfer A-1 thru A-4 for Panel Hearing in San Francisco, California on September 20, 1984. (ds) |
| 84/08/14 | 4 | REPLY, AFFIDAVIT OF MYRON GREENSPAN, EXHIBITS D-G -- Mathematical Applications Group, Inc. -- w/cert. of service (cds) |
| 84/08/03 | 5 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- Mathematical Applications Group, Inc. -- GRANTED TO AND INCLUDING AUGUST 14, 1984 (cds) |
| 84/08/20 | 6 | SUPPLEMENTAL BRIEF, SECOND AFFIDAVIT OF EUGENE L. JOHNSON -- Mathamatical Applications Group, Inc. w/cert. of service (cds) |
| 84/09/18 | 7 | SECOND SUPPLEMENTAL BRIEF -- filed by pltf. Mathematical Applications Group, Inc. w/cert. of svc. (rh) |
| 84/09/19 | | HEARING APPEARANCES -- MYRON GREENSPAN, ESQ. for Mathematical Applications Group, Inc.; ROBERT T. EDELL, ESQ. for Dicomed Corp., R C Communications, Inc. and ACCM Communication Industries, Inc. (ds) |
| 84/10/02 | 8 | POST HEARING BRIEF -- Mathematical Applications Group, Inc. -- w/cert. of svc. (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 605 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/10/05 | | ORDER DENYING TRANSFER OF LITIGATION -- Notified involved counsel, clerks and judges. (ds) |
| 84/10/19 | 9 | MOTION FOR RECONSIDERATION -- Mathematical Applications Group, Inc. -- w/cert. of svc. (emh) |
| 84/11/14 | 10 | LETTER/RESPONSE -- pltf. Dicomed Corp. and defts. RC Communication and ACCM Communication Industries, Inc. w/cert. of svc. (ds) |
| 84/12/21 | 11 | REPLY (to pldg. 10) -- Mathematical Applications Group, Inc. -- w/Exhibits and cert. of service (cds) |
| 85/02/07 | | ORDER DENYING MOTION FOR RECONSIDERATION pursuant to 28 U.S.C. §1407 -- Notified PASL and all judges and clerks (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 608 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Mathematical Applications Group, Inc. (MAGI) Patent Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Sept. 20, 1984 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/5/84 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: October 5, 1984

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 608 -- In re Mathematical Applications Group, Inc. (MAGI) Patent Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Mathematical Applications Group, Inc. v. Autographix, Inc. | S.D.N.Y. Sofaer | 83 Civ 1921 | | | 7/20/84 D | |
| A-2 | Dicomed Corp. v. Mathematical Applications Group, Inc. | D.Minn. Alsop | 3-84-665 | | | | |
| A-3 | Mathematical Applications Group, Inc. v. R C Communications, Inc. | S.D.N.Y. Gagliardi | 84 Civ 4816 | | | | |
| A-4 | Mathematical Applications Group, Inc. v. ACCM Communication Industries, Inc. | D.N.J. Debevoise | 84-2677D | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 608 -- In re Mathematical Applications Group, Inc. (MAGI) Patent Litigaiton

---

MATHEMATICAL APPLICATIONS GROUP, INC.
(A-1, A-3, A-4)
Myron Greenspan, Esquire
Lilling & Greenspan
123 Main Street
Suite 936
White Plains, New York 10601

DICOMED CORPORATION (A-2)
R C COMMUNICATIONS, INC.
ACCM COMMUNICATION INDUSTRIES, INC.
Robert T. Edell, Esquire
Merchant, Gould, Smith,
 Edell, Welter & Schmidt
1600 Midwest Plaza Building
Mineapolis, Minnesota 55402

JPML FORM 3

p. _____

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 608 -- In re Mathematical Applications Group, Inc. (MAGI) Patent Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Autographix, Inc. | A-1 |
| Mathematical Applications Group, Inc. | A-2 |
| R C Communications, Inc. | A-3 |
| ACCM Communication Industries, Inc. | A-4 |
| | |
| | |
| | |
| | |
| | |
| | |