JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -5 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 608

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MATHEMATICAL APPLICATIONS GROUP, INC., (MAGI) PATENT LITIGATION

ORDER DENYING TRANSFER

    This litigation presently consists of three actions pending, respectively, in the District of Minnesota, the District of New Jersey, and the Southern District of New York.[1/] Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by Mathematical Applications Group, Inc., (MAGI), which is the plaintiff in two actions and the defendant in the third, for centralization of all actions in the Southern District of New York for coordinated or consolidated pretrial proceedings. The remaining three parties to this docket oppose transfer. In the event that the Panel nevertheless concludes that centralization is appropriate in this docket, then these parties favor selection of the District of Minnesota as transferee forum.

    On the basis of the papers filed and the hearing held, the Panel finds that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movant has failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). Furthermore, we point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings, especially where, as here, the counsel are the same in each action. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F.Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Parts I and II, §§3.11 (rev. ed. 1977).

    IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1/] A fourth action, entitled Mathematical Applications Group, Inc. v. Autographix, Inc., S.D. New York, C.A. No. 83 Civ. 1921, was originally included on the schedule of actions accompanying the motion in this docket. This action was dismissed on July 20, 1984, pursuant to a consent judgment, and, accordingly, the question of transfer with respect to this action is now moot.

SCHEDULE A

<u>MDL-608 -- In re Mathematical Applications Group, Inc. (MAGI) Patent Litigation</u>

   <u>District of Minnesota</u>

  <u>Dicomed Corp. v. Mathematical Applications Group, Inc.</u>, C.A. No. 3-84-665

   <u>District of New Jersey</u>

  <u>Mathematical Applications Group, Inc. v. ACCM Communication Industries, Inc.</u>, C.A. No. 84-2677 D

   <u>Southern District of New York</u>

  <u>Mathematical Applications Group, Inc. v. R C Communications, Inc.</u>, C.A. No. 83-Civ-4816

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB -7 1985

DOCKET NO. 608

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MATHEMATICAL APPLICATIONS GROUP, INC., (MAGI) PATENT LITIGATION

ORDER DENYING MOTION FOR RECONSIDERATION*

On October 5, 1984, the Panel denied a motion of Mathematical Applications Group, Inc., (MAGI) to centralize in the Southern District of New York three actions pursuant to 28 U.S.C. §1407. In re Mathematical Applications Group, Inc. (MAGI) Patent Litigation, MDL-608 (J.P.M.L., filed Oct. 5, 1984) (unpublished order).

Presently before the Panel is a motion brought by MAGI for the Panel to reconsider its decision to deny Section 1407 transfer in this docket and to centralize the actions in the Southern District of New York. The Panel has fully considered this motion on the basis of the papers submitted,1/ and the Panel finds that no new grounds have been presented to justify reconsideration of its order denying centralization of the actions in this docket.

IT IS THEREFORE ORDERED that the motion for reconsideration be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Sam C. Pointer, Jr., took no part in the decision of this matter.

1/ The Panel has deemed this motion submitted on the basis of the papers filed. See Rule 13(b), R.P.J.P.M.L., 89 F.R.D. 273, 282 (1981).